Prob 12A (10/16)
VAE (9/19)

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

FILED APR 6 2022 CLERK, U.S. DISTRICT COURT RICHMOND, VA

U.S.A. vs. Jabar Eugene Currence     Docket No. 3:00CR00388-01 & 3:21CR00009-01

**Petition on Supervised Release**

COMES NOW JONATHAN ANDREWS, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jabar Currence, who was placed on supervision by the Honorable Robert E. Payne, Senior United States District Judge sitting in the Court at Richmond, Virginia, on the 1st day of May, 2021, who fixed the period of supervision at 5 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

It is hereby **ORDERED** that the Petition, with its attachment and arrest warrant, be sealed. **It is further ORDERED** the Petition, its attachment, and arrest warrant shall remain sealed until the warrant is executed, at which time the Petition, its attachment, and warrant should be unsealed and made part of the public record.

**Bond Recommendation: No bond**

### ORDER OF COURT

Considered and ordered this 6th day of April, 2022 and ordered filed and made a part of the records in the above case.

/s/ REP

The Honorable Robert E. Payne
Senior United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 4-5-22

Jonathan Andrews
Senior United States Probation Officer

Place Richmond, Virginia

**TO CLERK'S OFFICE**

**OFFENSE:** 3:00CR00388-01: Conspiracy to Possess With Intent to Distribute 50 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 846, a Class A Felony; and 3:21CR00009-01: Inmate Assaulting, Resisting or Impeding a Federal Correctional Officer, in violation of 18 U.S.C. § 111, a Class D Felony.

**SENTENCE:** 3:00CR00388-01: 156 months imprisonment; 5 years supervised release; and a $100 special assessment; and 3:21CR00009-01: 63 months consecutive imprisonment; 3 years supervised release, concurrent; and a $100 special assessment. 12/15/21 – Supervised release violation: 9 months imprisonment, concurrent with each case; 2 years supervised release, concurrent with each case.

**SPECIAL CONDITIONS:**

1) The defendant shall participate in a program approved by the Probation Office for substance abuse, which program shall include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

2) The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer.

3) The defendant shall remain at a halfway house designated by the Bureau of Prisons, preferably Rehabilitation Services, Inc., II, in Newport News, Virginia, for six (6) months. This term shall be served after the completion of the prison sentence imposed in this case. He shall observe the rules of that facility, and the government will pay any costs associated with living at the facility.

4) The defendant shall provide the probation officer with access to requested financial information.

5) The defendant shall not possess any handheld communication devices such as a pager, cellular telephone, or two-way radio without approval of the probation officer.

**ADJUSTMENT TO SUPERVISION:** On February 23, 2022, Mr. Currence completed the term of incarceration imposed on December 15, 2021, for violations of the terms of supervised release. He entered the James River Residential Reentry Center located in Newport News, Virginia, that same day. In the early morning hours of April 4, 2022, Mr. Currence left the facility without permission and was unsuccessfully discharged as a result.

**VIOLATIONS:** The following violation is submitted for the Court's consideration.

**SPECIAL CONDITION:** THE DEFENDANT SHALL REMAIN AT A HALFWAY HOUSE DESIGNATED BY THE BUREAU OF PRISONS, PREFERABLY REHABILITATION SERVICES, INC., II, IN NEWPORT NEWS, VIRGINIA, FOR SIX (6) MONTHS. THIS TERM SHALL BE SERVED AFTER THE COMPLETION OF THE PRISON SENTENCE IMPOSED IN THIS CASE. HE SHALL OBSERVE THE RULES OF THAT FACILITY AND THE GOVERNMENT WILL PAY ANY COSTS ASSOCIATED WITH LIVING AT THE FACILITY.

On February 23, 2022, Mr. Currence entered the James River Residential Reentry Center located in Newport News, Virginia. In the early morning hours of April 4, 2022, Mr. Currence left the facility without permission and was unsuccessfully discharged.

JA/djb