IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**UNITED STATES OF AMERICA**

v.                                           CASE NO.  3:21-cr-009

**JABAR EUGENE CURRENCE,**

    **Defendant.**

O R D E R

This matter is before the Court on the Petition on Supervised Release alleging violations on the conditions of supervised release (ECF No. 24).  The defendant entered a plea of guilty and was found guilty of violating the Special Condition.  Sentencing on the violation is continued for six months until 10:00 a.m. on January 12, 2023.

The defendant shall remain in the custody of the United States Marshals Service until July 18, 2022, at which time the defendant shall be produced to the federal courthouse for installation of the GPS monitor as directed by the United States Probation Office. Defense counsel shall notify the staff of the Gateway Homes residential facility the approximate time of the installation so that a representative can transport the defendant to the facility.

Pending the sentencing hearing, the defendant is continued on supervised release under the terms and conditions previously imposed with the following added conditions:

1) The defendant shall wear a GPS location monitoring device until further order of the Court, with timeouts approved in advance by the probation officer, and abide by all technology requirements;

2) The defendant shall directly report to the Gateway Homes residential facility upon release from custody of the United States Marshals Service and participate in the programs as directed;

3) The defendant shall remain at the facility unless he is escorted by a staff member or on approved outings with other participants, approved in advance by the probation officer;

4) The defendant shall take all medications as prescribed;

5) The defendant shall meet weekly with the psychiatrist and weekly with the licensed clinical psychologist at the facility, with weekly reports sent to the probation officer until such time as the probation officer decides that such reports and visits can be with less frequency, which shall be in consultation with the psychiatrist and psychologist;

6) The defendant shall meet with the trauma therapist as instructed by the program psychologist;

7) The defendant shall participate in 32 hours weekly of structural activities such as vocational programming, life skills and other therapeutic programs;

8) The defendant shall be randomly drug tested on a schedule determined by the probation officer and if assistance is offered by Gateway Homes, it must be outlined by the probation officer;

9) The defendant shall not leave the facility at any time without the approval of both the facility and the probation officer.

The probation officer shall consult with Gateway Homes and determine if mental health counseling for anger management is appropriate and if so, to coordinate the proper steps to include this treatment for the defendant.

The defendant was directed to appear for the sentencing hearing and advised that any refusal is a separate offense.

And it is SO ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
DATE: July 18, 2022